1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH WAYNE BROOM,               )      Case No. CV 14-04153-JEM
                                   )
            Plaintiff,             )
                                   )      **JUDGMENT**
      v.                           )
                                   )
CAROLYN W. COLVIN,                 )
Acting Commissioner of Social Security, )
                                   )
            Defendant.             )
_____)

      In accordance with the Memorandum Opinion and Order Affirming Decision of

Commissioner filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is

AFFIRMED and this action is dismissed with prejudice.


DATED: March 13, 2015                    _____/s/ John E. McDermott_____
                                              JOHN E. MCDERMOTT
                                         UNITED STATES MAGISTRATE JUDGE